CIVIL, CLOSED

# U.S. District Court
# Eastern District of California - Live System (Fresno)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01046-OWW-SMS

Divjak et al v. C.R. Bard, Inc. et al
Assigned to: Judge Oliver W. Wanger
Referred to: Magistrate Judge Sandra M. Snyder
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/20/2007
Date Terminated: 09/06/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Sue Divjak** | represented by | **Lawrence Steven Paikoff**<br>Legal Services For Prisoners With Children<br>100 McAllister Street<br>San Francisco, CA 94102<br>(916) 929-6000<br>Fax: (916) 929-5137<br>Email: info@klein-paikoff-law.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jay Childs** | represented by | **Lawrence Steven Paikoff**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc.** | represented by | **Thomas M. Frieder**<br>Hassard Bonnington LLP<br>Two Embarcadero Center<br>Suite 1800<br>San Franicsco, CA 94111-3993<br>415288-9800<br>Fax: 415288-9801<br>Email: tmf@hassard.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Davol, Inc.** | represented by | **Thomas M. Frieder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Case 1:07-cv-01889-ML-LDA Document 2-4 Filed 09/12/2007 Page 2 of 3

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2007 | 1 | CIVIL COVER SHEET by C.R. Bard, Inc., Davol, Inc. (Frieder, Thomas) (Entered: 07/20/2007) |
| 07/20/2007 | 2 | NOTICE of REMOVAL from Stanislaus Superior, case number 615808. by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D)(Frieder, Thomas) (Entered: 07/20/2007) |
| 07/20/2007 | 3 | CERTIFICATE of SERVICE by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit Notice to Adverse Party of Removal to Federal Court# 2 Exhibit Notice of Removal and Demand for Jury Trial# 3 Exhibit Exhibit A to Notice of Removal and Demand for Jury Trial# 4 Exhibit Exhibit B to Notice of Removal and Demand for Jury Trial# 5 Exhibit Exhibit C to Notice of Removal and Demand for Jury Trial# 6 Exhibit Exhibit D to Notice of Removal and Demand for Jury Trial) (Frieder, Thomas) (Entered: 07/20/2007) |
| 07/20/2007 | 5 | NOTICE by C.R. Bard, Inc., Davol, Inc. re 2 Notice of Removal - ATY, 1 Civil Cover Sheet, 3 Certificate of Service,. *Corporate Disclosure Statement* (Frieder, Thomas) (Entered: 07/20/2007) |
| 07/20/2007 | | RECEIPT number 100-205218 for $350.00 for civil filing fee from Hassard Bonnington LLP. (Esteves, C) (Entered: 07/20/2007) |
| 07/20/2007 | 6 | CIVIL NEW CASE DOCUMENTS ISSUED;Initial Scheduling Conference set for 11/15/2007 at 08:45 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Esteves, C) (Entered: 07/20/2007) |
| 07/20/2007 | 7 | CERTIFICATE of SERVICE by C.R. Bard, Inc., Davol, Inc. re 6 Civil New Case Documents for OWW. *Certificate of Service of Civil New Case Documents Issued* (Frieder, Thomas) (Entered: 07/20/2007) |
| 07/25/2007 | 8 | ANSWER to COMPLAINT by C.R. Bard, Inc., Davol, Inc..(Frieder, Thomas) (Entered: 07/25/2007) |
| 09/04/2007 | 9 | NOTICE from the MDL Panel as to MDL -1842-IN RE Kugel Mesh Hernia Patch Products Liability Litigation. (Hellings, J) (Entered: 09/05/2007) |
| 09/06/2007 | 10 | CONDITIONAL TRANSFER ORDER (CTO-3): Case transferred to MDL panel District of Rhode Island pursuant as to MDL No. 1842, IN RE Kugel Mesh Hernia Patch Products Liability Litigation 9. **{CASE CLOSED}** (Hellings, J) (Entered: 09/10/2007) |
| 09/10/2007 | 11 | TRANSMITTAL of DOCUMENTS re Conditional Transfer Order Case 10 on *9/6/2007* to * U.S. District Court - District of Rhode Island* *356 John O. Pastore Federal Building* *Two Exchange Terrace* *Providence, RI 02903*.<br>*Electronic Documents: 1 to 10. *. (Hellings, J) (Entered: 09/10/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/12/2007 07:21:15 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-01046-OWW-SMS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |